UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE CIVIL SERVICE EMPLOYEES
ASSOCIATION, INC., et al

                          Plaintiffs,                NOTICE OF DISMISSAL

                                                     No. 1:06-CV-470, GLS/RFT

    -   against -

JANICE A. DANIELS-BROCK, et al.

                          Defendants.

---

    Please take notice that Plaintiffs, The Civil Service Employees Association, Inc.,

Daniel F. Donohue, Trustee of the trust under The Civil Service Employees Association,

Inc. Pension Plan and The Civil Service Employees Association, Inc. Pension Plan,

dismiss the above entitled action, without prejudice.

Dated: May 10, 2006
Albany, New York

                          Richard V. D'Alessandro
                          Richard V. D'Alessandro Bar Number: 505269
                          Attorney for Plaintiffs
                          Richard V. D'Alessandro Professional Corporation
                          69 Columbia Street
                          Albany, New York 12210
                          Telephone: (518) 449-1421
                          Fax: (518) 449-1461
                          E-mail: lawfirm@rvdpc.com

**SO ORDERED:**

U.S. District Judge
Date: 5|11|06